## STATE OF CONNECTICUT *v.* MARK A. EDWARDS

The defendant's petition for certification for appeal from the Appellate Court, 100 Conn. App. 565 (AC 27113), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Pamela S. Nagy*, special public defender, in support of the petition.

*Denise B. Smoker*, senior assistant state's attorney, in opposition.

Decided June 5, 2007